# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

---

UNITED STATES OF AMERICA,

        Plaintiff,

  vs.

FLOYD R. EAKLE,

        Defendant.

**Case Nos. 9:24-PO-5109-KLD and 9:24-PO-5110-KLD**

Violation Nos. F5511019 and F5695430

Location Code: M2

Disposition Code: NC and NM

**ORDER and JUDGMENT**

---

This matter came before the Court on January 30, 2025, for a bench trial on the above-referenced violation notices charging Defendant with violation 36 C.F.R. § 261.116 POSSESSING OR LEAVING REFUSE IN AN EXPOSED OR UNSANITARY CONDITION and violation 36 C.F.R. § 261.58(a) CAMPING FOR A PERIOD LONGER THAN ALLOWED BY ORDER. Defendant appeared without counsel and AUSA Brian Lowney along with Student Intern Jessica Maynard appeared on behalf of the Government. The Government moved to dismiss violation F5511019 prior to the trial starting. After hearing the testimony and viewing the evidence for violation F5695430, the Court found the Defendant not guilty. Accordingly,

IT IS THE JUDGMENT OF THE COURT that Defendant is not guilty for

violation F5695430 (NM) and violation F5511019 is dismissed (NC) per the

Government's motion. These matters are DISMISSED.

DATED this 4th day of February, 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge